McCARTER & ENGLISH, LLP
Citizens Bank Center
919 N. Market Street
18th Floor
Wilmington, DE 19801-3023
Attorneys for Plaintiff,
 Aramark Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARAMARK ENTERTAINMENT, INC., | : |
| | : 06-MISC-00011 |
| Plaintiff, | : |
| | : |
| vs. | : **WRIT OF EXECUTION FOR** |
| | : **REGISTERED JUDGMENT** |
| ALFA ALFA HOLDINGS, S.A., | : |
| | : |
| Defendant. | : |

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT,
DISTRICT OF DELAWARE:

WHEREAS, judgment was entered on the 17th day of January, 2006 in an action in the United States District Court, Southern District of New York, between Aramark Entertainment, Inc. ("Aramark") and Alfa Alfa Holdings, S.A. ("Alfa Alfa") in favor of Aramark and against Alfa Alfa for the sum of $1,311,822.25 as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of Delaware; and

WHEREAS, an Order was entered on the 17th day of January 2006 by the Honorable Thomas P. Griesa, U.S.D.J. for the United States District Court, Southern District of New York, whereby it was ordered that the judgment may be registered immediately pursuant to 28 U.S.C. §

1963, without waiting for the expiration of the thirty-day time for appealing from the judgment; and

WHEREAS, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of Delaware, and the sum of $1,311,822.25 is now actually due thereon;

THEREFORE, you are hereby commanded to satisfy the said judgment out of the personal property of the Alfa Alfa, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to Alfa Alfa at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to Aramark or to its attorneys in the said action, and return this execution and your proceedings thereon within one (1) year after date of its issuance to the Clerk of the United States District Court, District of Delaware.

WE FURTHER COMMAND YOU, that in case of a sale, you make return of this writ with your proceedings thereon before said Clerk and pay to the Clerk of this Court any surplus in your hands within thirty (30) days after said sale.

WE FURTHER COMMAND YOU to levy upon Alfa Alfa's interests in the following: (1) Alfa Alfa America, Inc., a Delaware Company; (2) Alfa SmartParks, Inc., a Delaware Company; and (3) Palace Entertainment Holdings, Inc., a Delaware Company.

WE FURTHER COMMAND YOU to serve upon the registered agent of each company listed in the attached affidavit, a subpoena requesting information regarding Alfa Alfa's interests

in each of these companies. We shall amend the writ to produce more detailed information concerning Alfa Alfa's interests in each of these companies upon the response of the registered agents and/or these entities to the subpoenas.

WITNESS, the Honorable _____,
a Judge of the United States District Court, District
of Delaware this ____ day of February, 2006.
    Peter T. Dalleo, Clerk
    United States District Court

Prepared By: _A.S. Dup_____          By:_____
Andrew Dupre                            Deputy Clerk
An Attorney at Law
Address:                                LEVY:
McCARTER & ENGLISH, LLP                 Damages................$_____
Citizens Bank Center                    Costs...................$_____
919 N. Market Street                    Interest thereon from_____
18th Floor                              Besides Marshal's Execution Fees
Wilmington, DE 19801-3023

3