McCARTER & ENGLISH, LLP
Citizens Bank Center
919 N. Market Street
18th Floor
Wilmington, DE 19801-3023
Attorneys for Plaintiff
Aramark Entertainment, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARAMARK ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALFA ALFA HOLDINGS, S.A., <br><br> Defendant. | 06-MISC-00011 <br><br><br><br> **AFFIDAVIT OF MARIE A. POLITO** |

State of New Jersey   :
                      : ss
County of Essex       :

Marie A. Polito, being duly sworn, says:

    1.    I am the attorney for judgment creditor in the matter of <u>Aramark Entertainment, Inc. v. Alfa Alfa Holdings, S.A.</u>, Misc. Action No. 06-00011, and in that capacity and in conformance with Delaware State law, as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor Alfa Alfa Holdings, S.A. ("Alfa Alfa") located in Delaware.

2.    I have determined that Alfa Alfa may maintain equity interests in the following Delaware Corporations:

| CORPORATION | REGISTERED AGENT |
|---|---|
| Alfa Alfa America, Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Alfa SmartParks, Inc. | Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware 19808 |
| Palace Entertainment Holdings, Inc. | Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware 19808 |

3.    We have filed along with the Writ of Execution against Alfa Alfa, subpoenas directed to the registered agents of each of these entities in which Alfa Alfa may have an interest for the deposition of a corporate officer of these entities to provide information concerning the extent of Alfa Alfa's or any of Alfa Alfa's subsidiaries' interest.

_____
Marie A. Polito

Subscribed and Sworn before me this
____ day of February, 2006

Notary _____        RETURNABLE ON OR BEFORE
My Commission Exp_____    _____

BEATRICE MCCLOUD
A Notary Public of New Jersey
My Commission Expires October 9, 2009

Recorded in the Clerk's Office of the United States District Court for the District of Delaware in Book _____ of Executions, Page _____.

Peter T. Delleo, Clerk

By:_____
Deputy Clerk

2