McCARTER & ENGLISH, LLP
Citizens Bank Center
919 N. Market Street
18th Floor
Wilmington, DE 19801-3023
Attorneys for Plaintiff,
 Aramark Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARAMARK ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALFA ALFA HOLDINGS, S.A., <br><br> Defendant. | 06-MISC-00011 <br><br> **WRIT OF EXECUTION FOR REGISTERED JUDGMENT** |

TO THE MARSHAL OF THE UNITED STATES DISTRICT COURT,
DISTRICT OF DELAWARE:

WHEREAS, judgment was entered on the 17th day of January, 2006 in an action in the United States District Court, Southern District of New York, between Aramark Entertainment, Inc. ("Aramark") and Alfa Alfa Holdings, S.A. ("Alfa Alfa") in favor of Aramark and against Alfa Alfa for the sum of $1,311,822.25 as appears by the judgment filed in the Office of the Clerk of the United States District Court, District of Delaware; and

WHEREAS, an Order was entered on the 17th day of January 2006 by the Honorable Thomas P. Griesa, U.S.D.J. for the United States District Court, Southern District of New York, whereby it was ordered that the judgment may be registered immediately pursuant to 28 U.S.C. §

1963, without waiting for the expiration of the thirty-day time for appealing from the judgment; and

WHEREAS, the said judgment was duly entered in the Office of the Clerk of the United States District Court, District of Delaware, and the sum of $1,311,822.25 is now actually due thereon;

THEREFORE, you are hereby commanded to satisfy the said judgment out of the personal property of the Alfa Alfa, as set forth in the attached affidavit, and if sufficient personal property cannot be found, then out of the real property belonging to Alfa Alfa at the time said judgment was entered in the Office of the Clerk of this Court, or at any time thereafter, in whosoever hands the same may be, as set forth in the attached affidavit and that you do pay the moneys realized by you from such property directly to Aramark or to its attorneys in the said action, and return this execution and your proceedings thereon within ninety (90) days after date of its issuance to the Clerk of the United States District Court, District of Delaware.

WE FURTHER COMMAND YOU to levy upon Alfa Alfa's interests in the following: (1) Alfa Alfa America, Inc., a Delaware Company; (2) Alfa SmartParks, Inc., a Delaware Company; and (3) Palace Entertainment Holdings, Inc., a Delaware Company.

WE FURTHER COMMAND YOU to serve upon the registered agent of each company listed in the attached affidavit, a subpoena requesting information regarding Alfa Alfa's interests in each of these companies. We shall amend the writ to produce more detailed information concerning Alfa Alfa's interests in each of these companies upon the response of the registered agents and/or these entities to the subpoenas.

| | |
|---|---|
| Prepared By: /s/ Michael P. Kelly | By:_____ |
| Michael P. Kelly (DE Bar ID #2295) | Deputy Clerk |
| Christopher A. Selzer (DE Bar ID #4305) | |
| Andrew S. Dupre (DE Bar ID #4621) | |
| An Attorney at Law | |
| Address: | LEVY: |
| McCARTER & ENGLISH, LLP | Damages................$ 1,311,822.25 |
| Citizens Bank Center | Costs.....................TBD |
| 919 N. Market Street, St. 1800 | Interest thereon from January 17, 2006 |
| Wilmington, DE 19801-3023 | Besides Marshal's Execution Fees |
| (302) 984-6300 | |

McCARTER & ENGLISH, LLP
Citizens Bank Center
919 N. Market Street
18th Floor
Wilmington, DE 19801-3023
Attorneys for Plaintiff
Aramark Entertainment, Inc.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARAMARK ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALFA ALFA HOLDINGS, S.A., <br><br> Defendant. | 06-MISC-00011 <br><br><br> **AFFIDAVIT OF MARIE A. POLITO** |

State of New Jersey    :
                       : ss
County of Essex        :

Marie A. Polito, being duly sworn, says:

    1.    I am the attorney for judgment creditor in the matter of <u>Aramark Entertainment, Inc. v. Alfa Alfa Holdings, S.A.</u>, Misc. Action No. 06-00011, and in that capacity and in conformance with Delaware State law, as made applicable to this case by Rule 69(a), Fed. R. Civ. P., I have caused to be conducted an examination of the assets of judgment debtor Alfa Alfa Holdings, S.A. ("Alfa Alfa") located in Delaware.

2. I have determined that Alfa Alfa may maintain equity interests in the following Delaware Corporations:

| CORPORATION | REGISTERED AGENT |
|---|---|
| Alfa Alfa America, Inc. | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Alfa SmartParks, Inc. | Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware 19808 |
| Palace Entertainment Holdings, Inc. | Corporation Service Company<br>2711 Centerville Road<br>Suite 400<br>Wilmington, Delaware 19808 |

3. We have filed along with the Writ of Execution against Alfa Alfa, subpoenas directed to the registered agents of each of these entities in which Alfa Alfa may have an interest for the deposition of a corporate officer of these entities to provide information concerning the extent of Alfa Alfa's or any of Alfa Alfa's subsidiaries' interest.

_____
Marie A. Polito

Subscribed and Sworn before me this
24th day of February, 2006

Notary of _Beatrice McCloud_          RETURNABLE ON OR BEFORE
My Commission Exp: A Notary Public of New Jersey
My Commission Expires October 9, 2009          _____

Recorded in the Clerk's Office of the United States District Court for the District of Delaware in Book _____ of Executions, Page _____.

Peter T. Delleo, Clerk

By:_____
Deputy Clerk

2