# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

202 879-5000

www.kirkland.com

Korin K. Ewing
To Call Writer Directly:
202 879-5944
kewing@kirkland.com

Facsimile:
202 879-5200

March 17, 2006

**Via U.S. Mail**

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

Re:    *Aramark Entertainment, Inc. v. Alfa Alfa Holdings, S.A.*, Case No. 06-MISC-00011 (D. Del.)

Dear Clerk:

Enclosed for filing in the above-referenced case please find a hard copy and, as requested, a pdf version of **Palace Entertainment Holdings, Inc.'s Notice of Service of Objections and Responses to Aramark Entertainment, Inc.'s Non-Party Subpoena**, pursuant to Local Rule 5.4(a). We have enclosed a second hard copy of the filing, along with a return Federal Express envelope, and respectfully request a copy of the Filed/stamped version of this submission.

Palace Entertainment Holdings, Inc., a non-party to this action, is currently in the process of retaining local counsel to represent it in this matter. In compliance with Local Rule 83.5(e), Palace Entertainment Holdings, Inc. anticipates retaining such counsel no later than 30 days from this filing.

Sincerely,

Korin K. Ewing

FILED
MAR 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Chicago         London         Los Angeles         Munich         New York         San Francisco

## KIRKLAND & ELLIS LLP

Clerk
March 17, 2006
Page 2


Enclosures

cc: Michael P. Kelly
    Andrew Dupre
    McCarter & English, LLP
    Citizens Bank Center
    919 N. Market Street
    18th Floor
    Wilmington, DE 19801-3023

    Lisa W. Bonsall
    Marie A. Polito
    McCarter & English, LLP
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102-4056

    *Attorneys for Aramark Entertainment, Inc.*



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "PALACE ENTERTAINMENT HOLDINGS, INC.", FILED IN THIS OFFICE ON THE THIRTIETH DAY OF DECEMBER, A.D. 2005, AT 3:27 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.



4087163  8100

051077808

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4416109

DATE: 12-30-05

State of Delaware
Secretary of State
Division of Corporations
Delivered 03:36 PM 12/30/2005
FILED 03:27 PM 12/30/2005
SRV 051077808 - 4087163 FILE

# CERTIFICATE OF INCORPORATION

## OF

## PALACE ENTERTAINMENT HOLDINGS, INC.

The undersigned natural person of the age of eighteen years or more for the purpose of organizing a corporation for conducting the business and promoting the purposes hereafter stated, under the provisions and subject to the requirements of the laws of the State of Delaware (particularly Chapter 1, Title 8 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "*General Corporation Law of the State of Delaware*"), hereby certifies that:

### ARTICLE FIRST:

The name of the corporation is Palace Entertainment Holdings, Inc. (hereafter the "*Corporation*").

### ARTICLE SECOND:

The address of the Corporation's registered office in the State of Delaware is 2711 Centerville Road, Suite 400, Wilmington, Delaware, 19808, County of New Castle. The name of the registered agent at such address is the Corporation Service Company.

### ARTICLE THIRD:

The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

### ARTICLE FOURTH:

The total number of shares of stock which the Corporation has the authority to issue is one hundred (100) shares of Common Stock, with a par value of $0.01 per share.

### ARTICLE FIFTH:

The name and address of the sole incorporator is as follows:

| NAME: | ADDRESS: |
|---|---|
| Donna M. McClurkin-Fletcher | ℅ Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Suite 1200<br>Washington, DC 20005 |

### ARTICLE SIXTH:

The Corporation is to have perpetual existence.

K&E 10890877.1

## ARTICLE SEVENTH:

In furtherance and not in limitation of the powers conferred by statute, the board of directors of the Corporation is expressly authorized to make, alter or repeal the By-Laws of the Corporation.

## ARTICLE EIGHTH:

Meetings of stockholders may be held within or without the State of Delaware, as the By-Laws of the Corporation may provide. The books of the Corporation may be kept outside the State of Delaware at such place or places as may be designated from time to time by the board of directors or in the By-Laws of the Corporation. Election of directors need not be by written ballot unless the By-Laws of the Corporation so provide.

## ARTICLE NINTH:

To the fullest extent permitted by the General Corporation Law of the State of Delaware, as the same exists or may hereafter be amended, a director of this Corporation shall not be liable to the Corporation or its stockholders for monetary damages for a breach of fiduciary duty as director. Any repeal or modification of this ARTICLE NINTH shall not adversely affect any right or protection of a director of the Corporation existing at the time of such repeal or modification.

## ARTICLE TENTH:

The Corporation expressly elects not to be governed by Section 203 of the General Corporation Law of the State of Delaware.

## ARTICLE ELEVENTH:

The Corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation in the manner now or hereafter prescribed herein and by the laws of the State of Delaware, and all rights conferred upon stockholders herein are granted subject to this reservation.

       I, the undersigned, being the sole incorporator hereinbefore named, for the purpose of forming a corporation in pursuance of the General Corporation Law of the State of Delaware, do make and file this certificate, hereby declaring and certifying that the facts herein stated are true, and accordingly, have hereunto set my hand this 30th day of December, 2005.

                                        Donna M. McClurkin-Fletcher, Sole Incorporator

K&E 10890577.1

Case 1:06-mc-00011-UNA    Document 5    Filed 03/20/2006    Page 6 of 6