IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARAMARK ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALFA ALFA HOLDINGS, S.A., <br><br> Defendant. | Case No. 06-mc-00011 |

## NOTICE OF SERVICE

The undersigned hereby certifies that on March 27, 2006, a copy of NONPARTY PALACE ENTERTAINMENT, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF ARAMARK ENTERTAINMENT, INC.'S REQUEST FOR PRODUCTION (SET ONE) and this NOTICE OF SERVICE were served upon the following counsel via e-file and hand delivery:

> Michael P. Kelly, Esquire
> Christopher A. Selzer, Esquire
> Andrew S. Dupre, Esquire
> McCarter & English
> 919 N. Market Street, Suite 1800
> Wilmington, DE 19801

OF COUNSEL:

Stephanie E. Hart
PAUL, HASTINGS, JANOFSKY
 & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
stephaniehart@paulhastings.com

Dated: March 27, 2006

PRICKETT JONES & ELLIOTT, P.A.

_/s/ James L. Holzman_
James L. Holzman (Bar ID #663)
J. Clayton Athey (Bar ID #4378)
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
Telephone: (302) 888-6500
jlholzman@prickett.com
jcathey@prickett.com

*Attorneys for Nonparty*
*Palace Entertainment Inc.*